IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ROCHELLE M. CLEAVER,

   *Plaintiff*,

v.                                 Case No.: 1:21cv158-MW/GRJ

CITY OF GAINESVILLE,

   *Defendant.*

_____/

### ORDER ACCEPTING AND ADOPTING
### REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 9. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 9, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The Plaintiff's amended complaint, ECF No. 7, is **DISMISSED without prejudice** for failure to prosecute, for failure to comply with court orders, and for failure to state a cause of action." The Clerk shall close the file.

**SO ORDERED on February 16, 2022.**

                                                    s/Mark E. Walker
                                                    **Chief United States District Judge**